UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy Hardville,

          Plaintiff,        Case No. 20-10696

v.                                 Judith E. Levy
                                 United States District Judge

Commissioner of Social Security
Administration,              Mag. Judge Anthony P. Patti

          Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [18], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR REMAND [13], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17]**

This is a Social Security appeal. Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation (ECF No. 18) recommending the Court deny Plaintiff's motion for summary judgment or remand (ECF No. 13) and grant Defendant's motion for summary judgment (ECF No. 17), issued August 16, 2021. The parties were required to file specific written objections to the Report and Recommendation within 14 days of service. Fed. R. Civ. P. 72(b)(2);

E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless thoroughly reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 18) is ADOPTED;

Plaintiff's motion for summary judgment or remand (ECF No. 13) is DENIED;

Defendant's motion for summary judgment (ECF No. 17) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: September 23, 2021           s/Judith E. Levy
Ann Arbor, Michigan                 JUDITH E. LEVY
                                    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 23, 2021.

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

2

                <u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager